**97–2401.  State v. Ashford.**
Cuyahoga App. No. 68883.  On motion for leave to file delayed appeal.  Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–2407.  State v. McGrew.**
Summit App. No. 18692.  On motion for leave to file delayed appeal.  Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**97–2431.  Bakos v. Insura Prop. & Cas. Ins. Co.**
Cuyahoga App. No. 71949.  On review of order certifying a conflict.  The court determines that a conflict exists;  the parties are to brief the question certified on page 4 of the court of appeals' Order Certifying a Conflict dated November 3, 1997:

"When an insurer denies the claim of an insured, for uninsured or underinsured motorist benefits, as compensation for personal injury, does that denial constitute a material breach of the insurance contract, on the part of the insurer, and, consequently, relieve the insured from the contractual obligation to notify and/or obtain the consent of its insurer, before settling with a tortfeasor, who caused the personal injury, or a tortfeasor's insurer?"

The conflict case is *Prater v. State Auto Prop. & Cas. Ins. Co.* (May 20, 1996), Clermont App. No. CA95–12–087, unreported, 1996 WL 263635.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**97–2475.  State v. Collier.**
Butler App. No. CA96–03–059.  On motion for leave to file delayed appeal.  Motion denied.

**97–2510.  Kaiser v. Ameritemps, Inc.**
Summit App. No. 18205.  On review of order certifying a conflict.  The court determines that a conflict exists;  the parties are to brief the issue stated at page 2 of the court of appeals' Journal Entry filed November 4, 1997:

"May a Workers' Compensation claimant use Civ.R. 41(A(1)(a) to voluntarily dismiss an appeal to the court of common pleas brought by an employer appealing an adverse decision by the Industrial Commission pursuant to R.C. 4123.512?"

The conflict cases are *Ross v. Wolf Envelope Co.* (Aug. 2, 1990), Cuyahoga App. No. 57015, unreported, 1990 WL 109082, and *Robinson v. B.O.C. Group, Gen. Motors Corp.* (Oct. 11, 1996), Trumbull App. No. 96–T–5419, unreported, 1996 WL 648960, conflict accepted in (1997), 77 Ohio St.3d 1545, 674 N.E.2d 1185.

*Sua sponte,* cause consolidated with 97–2380, *infra.*

COOK, J., would also hold this cause for the decision in 96–2634 and 96–2778, *Robinson v. B.O.C. Group, Gen. Motors Corp., supra.*

**97–2551.  State v. Carter.**
Sandusky App. No. S–96–039.  On motion for leave to file delayed appeal.  Motion granted.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.